**Daniel L. Lis**, OSB No. 162257
Email: dlis@buchalter.com
**Alexandra M. Shulman**, OSB No. 152784
Email: ashulman@buchalter.com
BUCHALTER, A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

**David J. Tecson** (*pro hac vice*)
Email: dtecson@chuhak.com
**Adrienne M. Arlan** (*pro hac vice*)
Email: aarlan@chuhak.com
Chuhak & Tecson, P.C.
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606
Telephone: 312.444.9300

*Attorneys for Defendant Gene by Gene, Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JUSTIN BYRD BONNEAU**, and **ROBBIE BURGESS** individually and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

**GENE BY GENE, LTD. d/b/a FAMILYTREEDNA**, a Texas limited liability company,

Defendant.

Case No. 3:25-cv-00504-AR

**DECLARATION OF TAT (DANIEL) AU**

I, Tat (Daniel) Au, declare as follows:

1. I am the Chief Information Technology Officer of Gene by Gene Limited d/b/a FamilyTreeDNA ("Family Tree"). I have personal knowledge of the facts stated in my declaration, and I am competent to testify regarding them.

2. I have served in Family Tree IT leadership positions since May 20, 2023 through the present date.

3. As Chief Information Technology Officer, I am aware of, and knowledgeable regarding the engineering and technology issues described herein. In response to Plaintiffs' Complaint, my engineering team investigated and reviewed data regarding Plaintiffs' utilization of the Family Tree website and genetic matching technology.

4. Plaintiff Justin Byrd Bonneau ("Bonneau") alleges that he purchased a genetic test kit from Family Tree in late 2023. Family Tree records indicate that he created an account with Family Tree and went through the onboarding process on July 17, 2023.

5. Plaintiff Robbie Burgess ("Burgess") alleges that she purchased a genetic test kit from Family Tree in late 2023. After initiating litigation, she supplied Family Tree with an email address (robbieburgess20022yahoo.com) and advised that she used the address to create an account with Family Tree. Using the email address she provided, Family Tree has not discovered any records indicating that Burgess created an account, interacted with Family Tree's website, or purchased a kit from Family Tree.

6. When Bonneau interacted with the Family Tree website on July 17, 2023, as part of the onboarding process, Bonneau was visually presented with the 2023 Terms of Service ("2023 TOS").



BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

7. The following are visual images of what Bonneau saw when he agreed to the 2023 TOS in July of 2023:






BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191



Terms of Service and Privacy Statement

## Terms of Service

Welcome to the FamilyTreeDNA Family! Thank you for choosing us to support you in your journey of discovery. We encourage you to read the below Terms of Service as well as our Privacy Statement and Law Enforcement Guidelines prior to your purchase.

1. For Reference
   - A. **"FamilyTreeDNA" ("we," "us," "our," "the Company")** is a d/b/a for Gene by Gene, Ltd., whose principal place of business is at 1445 N Loop W, Houston, TX 77008.
   - B. **"DNA sample" or "sample"** refers to the cheek swab or any other sample provided for the purposes of Genomic Sequencing.
2. Acceptance of FamilyTreeDNA Terms

   This Agreement refers specifically to the acceptable use of the FamilyTreeDNA Services.

   This Terms of Service (TOS) Agreement is an electronic contract that establishes the legally binding terms you must accept to use the Website. These TOS cover any use of the Services, including but not limited to (a) your submission of a DNA sample for DNA extraction, processing, and storage, (b) uploading a digital version of your Genetic Information with the intent of interacting with it on the FamilyTreeDNA website, and/or (c) creating and using a free FamilyTreeDNA account without providing your Genetic Information or DNA sample. To use the Services, you must first agree to these TOS. You may not use the

☑ I agree to the FamilyTreeDNA Terms of Service and Privacy Statement

Confirm and Proceed

Sign out and complete at a later date.



BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

## Terms of Service and Privacy Statement

### Terms of Service

Welcome to the FamilyTreeDNA Family! Thank you for choosing us to support you in your journey of discovery. We encourage you to read the below Terms of Service as well as our Privacy Statement and Law Enforcement Guidelines prior to your purchase.

1. For Reference
   A. **"FamilyTreeDNA" ("we," "us," "our," "the Company")** is a d/b/a for Gene by Gene, Ltd., whose principal place of business is at 1445 N Loop W, Houston, TX 77008.

   B. **"DNA sample" or "sample"** refers to the cheek swab or any other sample provided for the purposes of Genomic Sequencing.

2. Acceptance of FamilyTreeDNA Terms

   This Agreement refers specifically to the acceptable use of the FamilyTreeDNA Services.

   This Terms of Service (TOS) Agreement is an electronic contract that establishes the legally binding terms you must accept to use the Website. These TOS cover any use of the Services, including but not limited to (a) your submission of a DNA sample for DNA extraction, processing, and storage, (b) uploading a digital version of your Genetic Information with the intent of interacting with it on the FamilyTreeDNA website, and/or (c) creating and using a free FamilyTreeDNA account without providing your Genetic Information or DNA sample. To use the Services, you must first agree to these TOS. You may not use the

☑ I agree to the FamilyTreeDNA Terms of Service and Privacy Statement

Confirm and Proceed

Sign out and complete at a later date.



BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191



Consent to Participate in Matching

Consent to Participate in Matching

By agreeing to participate in DNA matching, I understand that FamilyTreeDNA will compare my DNA results with other users in the database who are participating in matching.

If you choose to participate in DNA Matching, you will be listed as a DNA Match to your matches. You, as well as your matches, can:

1. Discover how you are related.
2. View each other's name, email, picture, haplogroups, earliest known ancestors, ancestral surnames, user stories, Ancestor's country of residence, and family trees.
3. See how and where you all match each other on common DNA locations, and view suggested common ancestors.
4. See where you match genetic relatives and where genetic relatives match each other in common with yourself.
5. Opt out of matching at different matching levels, including Law Enforcement Matching.

*You can change your matching preferences at any time in your Privacy & Sharing settings. To learn more about relevant matches, please visit the Learning Center.*

Discovering new DNA matches can be exciting, but you may also experience surprises, such as unknown relatives that you and your family were not aware of. For further information, please visit our Terms of Service and Privacy Statement prior to consent.

☑ I agree to the FamilyTreeDNA Consent to Participate in Matching

Complete and Proceed to Dashboard

Sign out and complete at a later date.

8. The Family Tree website system presented Bonneau a complete copy of the 2023 TOS, and he was required to click "I agree" in order to continue his interaction with the site.

9. Attached hereto as Exhibit A is a true and correct copy of the 2023 TOS agreed to by Bonneau in July of 2023.

10. The genetic testing results of Family Tree customers are protected by multiple layers of encryption. There is no evidence that Bonneau's Family Tree testing results were disclosed to any third parties.



BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 28th day of May, 2025.

Signed by:
Daniel Au
046A060A13F0455...

Tat (Daniel) Au



BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191