**Daniel L. Lis**, OSB No. 162257
Email: dlis@buchalter.com
**Alexandra M. Shulman**, OSB No. 152784
Email: ashulman@buchalter.com
BUCHALTER, A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

**David J. Tecson** (*pro hac vice*)
Email: dtecson@chuhak.com
**Adrienne M. Arlan** (*pro hac vice*)
Email: aarlan@chuhak.com
Chuhak & Tecson, P.C.
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606
Telephone: 312.444.9300

*Attorneys for Defendant Gene by Gene, Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JUSTIN BYRD BONNEAU**, and **ROBBIE BURGESS** individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**GENE BY GENE, LTD. d/b/a FAMILYTREEDNA**, a Texas limited liability company,<br><br>Defendant. | Case No. 3:25-cv-00504-AR<br><br>**DECLARATION OF ALEXANDER ZAWISZA** |

I, Alexander Zawisza, declare as follows:

1. I am the Chief Financial and Administration Officer of Gene by Gene Limited d/b/a FamilyTreeDNA ("Family Tree" or "Defendant"). I have personal knowledge of the facts stated in my declaration, and I am competent to testify regarding them.

2. I have served as a financial officer for Family Tree since January of 2023 through the present date.

3. As Chief Financial and Administration Officer, I am knowledgeable regarding the day-to-day operations of Family Tree.

4. Family Tree is a Texas Domestic Limited Partnership with its principal place of business located in Houston, Texas. Family Tree is owned by a Delaware Corporation named My DNA Inc., which also has its principal place of business in Houston, Texas.

5. Family Tree's only office is located in Houston, Texas, and all of the operations and technology for Family Tree, including its servers, which exclusively host and deploy all Family Tree technology, are located in Houston, Texas.

6. The consumer genetic testing division of Family Tree employs approximately twenty-five (25) people. Family Tree has a policy of requiring employees to work from the office three (3) days a week, so the majority of our employees live in the Houston area. Family Tree is the consumer division of Gene by Gene, Ltd. To my knowledge, none of the employees of Family Tree who work remotely live in Oregon.

7. Family Tree has no operations in the State of Oregon, and employees of Family Tree are not required to travel to Oregon to perform their job duties.

8. Family Tree is not registered to do business in the State of Oregon.

9. Family Tree has never solicited business in the State of Oregon.



BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

10. Family Tree has no registered agent for service of process in the State of Oregon.

11. Family Tree does not maintain any bank accounts in the State of Oregon.

12. Family Tree does not employ any sales representatives in the State of Oregon, and Family Tree has never directed its activities at residents of the State of Oregon.

13. Plaintiffs' allegations in Paragraph 13 of the Complaint that Family Tree "does business within Oregon," transacts business in Oregon, "and/or has purposely availed itself of Oregon markets" are inaccurate. Family Tree does not have any advertising specifically designed to generate customers in Oregon. Family Tree does not conduct business in Oregon. Family Tree and its employees have never committed tortious acts in Oregon. Family Tree has customers in Oregon, but those relationships are only formed after the customers log on to the Family Tree website and interact with the website.

14. The Family Tree website and services are available to U.S. residents as well as residents of multiple foreign nations. Accordingly, only a very small percentage of Family Tree's revenue has been generated by Oregon customers deciding to utilize the Family Tree website.

15. Family Tree revenue derived from Oregon residents from 2018-2023 was less than 3% of the company's total revenue.

16. Family Tree does not send marketing emails specifically designed to generate business in Oregon. Family Tree does not use the U.S. Mail service for the delivery of marketing brochures into Oregon. Family Tree sends emails to existing customers, after the customer takes the initiative of creating a Family Tree account.

17. In Houston, Family Tree operates a genetic testing business whereby consumers have the opportunity to purchase a DNA kit online, collect DNA samples, and then mail the kit to Houston, Texas for analysis of the results.



BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

18. Family Tree operates its own laboratory in Houston, Texas and all testing is conducted in compliance with state and federal law. The genetic testing results of Family Tree customers are protected from a privacy perspective through multiple layers of encryption. There is no evidence that the Family Tree genetic testing results of Plaintiffs Bonneau or Burgess or Moore have been disclosed to a third party.

19. The administrative and engineering employees who are potential witnesses in this case are all located in Houston, Texas.

20. All of the documents, data and information related to this case are located in Houston, Texas.

21. Family Tree's policies and operational documents are generated and maintained at the Houston, Texas Office.

22. If the lawsuit filed by plaintiff is litigated in Oregon, any trial testimony will require administrative and technical employees to travel to Oregon, disrupting our day-to-day activities and operations.

23. The litigation and trial of this case in Oregon will create an undue hardship for Family Tree.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 28th day of May, 2025.

DocuSigned by:
Alexander Zawisza
A9539592F9594E1...

Alexander Zawisza



BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191